[No. 39627-7-I.    Division One.    February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE ACREY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-02828-9, Ann Schindler, J., entered September 30, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.


[No. 39677-3-I.    Division One.    February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CICERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-05049-7, Joan DuBuque, J., entered October 28, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39680-3-I.    Division One.    February 9, 1998.]

RANDALL W. KIM, *Appellant*, v. CHARLES SALERNO, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-06374-6, Peter Jarvis, J., entered October 16, 1996. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Ellington, J.


[No. 39819-9-I.    Division One.    February 9, 1998.]

*In the Matter of the Marriage of* MICHAEL G. WARD, *Appellant*, and LYNETTE R. WARD, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-3-00343-1, David A. Nichols, J., entered November 6, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.